# Court of Appeals
# of the State of Georgia

ATLANTA, _January 16, 2025_

*The Court of Appeals hereby passes the following order:*

**A25A0893.  VASSAR v. THE STATE.**

This appeal was docketed on December 20, 2024. Thus, Appellant's enumeration of errors and appellate brief were due by January 9, 2025. But as of January 16, 2025, Appellant has failed to file his brief and has not sought an extension of time in which to file. Accordingly, Appellant's appeal is hereby DISMISSED. *See* Court of Appeals Rules 7 (c) and 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* _01/16/2025_

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*